ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 3 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 3 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANDRE STUCKEY,<br>　　　　Petitioner,<br>　v.<br>MARTIN D. BITER, Warden,<br>　　　　Respondent. | Case No. CV 13-03583 DDP (AN)<br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed with prejudice for the reasons set forth in the related Dismissal Order.

Dated: July 29, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE