ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 3 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 3 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANDRE STUCKEY, <br> Petitioner, <br> v. <br> MARTIN D. BITER, Warden, <br> Respondent. | Case No. CV 13-03583 DDP (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed with prejudice for the reasons set forth in the related Dismissal Order.

Dated: July 29, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE